<u>**NOT FOR PUBLICATION**</u>

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ANTHONY TALIAFERRO, | Civil Action No. 25-17201 |
| *Petitioner,* | |
| v. | **OPINION & ORDER** |
| COMMISSIONER OF SOCIAL SECURITY, | June 30, 2026 |
| *Respondent.* | |

**SEMPER**, District Judge.

**THIS MATTER** having come before this Court upon Plaintiff Anthony Taliaferro's ("Plaintiff") filing of an application to proceed *in forma pauperis* ("IFP") pursuant to 28 U.S.C. § 1915 (ECF 3), and the Court having screened the Plaintiff's Complaint, (ECF 1, "Complaint," or "Compl."), pursuant to 28 U.S.C. § 1915(e)(2)(B).  The Court has reviewed this application upon submission, without oral argument, pursuant to Federal Rule of Civil Procedure 78 and Local Civil Rule 78.1.  For the reasons set forth below, Plaintiff's application is **GRANTED.**

**WHEREAS** the Plaintiff filed an initial application to proceed IFP on November 5, 2025. (ECF 1-4.)  Plaintiff's initial application was submitted on the improper form, AO-240, instead of the required AO-239.  (*Id.*)  The Court thereby issued a text order on June 22, 2026, rejecting the Plaintiff's application and directing them to resubmit his IFP on the proper form within 30 days if he wished to reapply (ECF 2); and

1

**WHEREAS** Plaintiff submitted a new application to proceed IFP using the proper form (ECF 3); and

**WHEREAS** pursuant to 42 U.S.C. § 405(g), Plaintiff requests a review of the Commissioner of Social Security's decision denying his application for Title II and/or Title XVI Social Security benefits (Compl.); and

**WHEREAS** Plaintiff was denied Title II and/or Title XVI benefits by an Administrative Law Judge (ALJ) on January 30, 2025, (*id.* ¶ 10; ECF 1-3), and was denied review of the ALJ decision by the Appeals Council on September 11, 2025, (Compl. ¶ 12; ECF 1-2); and

**WHEREAS** Plaintiff properly commenced this civil action on November 5, 2025, which is within sixty days of the Appeals Council's denial of review of Plaintiff's claim pursuant to 42 U.S.C. § 405(g) (*see* Compl.).

**IT IS** on this 30th day of June 2026,

**ORDERED** that Plaintiff's application to proceed IFP (ECF 3) is **GRANTED**; and it is further

**ORDERED** that the Clerk of the Court shall file the Complaint (ECF 1) without prepayment of the filing fee; and it is further

**ORDERED** that Plaintiff's request for review of the Social Security Administration's denial of Plaintiff's Title II and/or Title XVI Social Security Disability Benefits request shall **PROCEED**; and it is further

**ORDERED** that the Clerk shall issue a summons as to Defendant Commissioner of Social Security and create a separate docket entry indicating that the Summonses and the Complaint have been served by electronic means via the Court's CM/ECF System upon the Commissioner of Social Security; and it is finally

2

**ORDERED** that the Clerk of the Court is directed to mail a copy of this Order to Defendant by certified mail return receipt.

/s/ Jamel K. Semper
**HON. JAMEL K. SEMPER**
**United States District Judge**